# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☐ Under Seal

**Judge Assigned:**

City:  
County: Fairfax

Superseding Indictment:  
Same Defendant:  
Magistrate Judge Case No.: 1:25-MJ-192  
Search Warrant Case No.:

**Criminal No.**  
New Defendant: X  
**Arraignment Date:**  
R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** Scofield, Robert James  
**Alias(es):**  
☐ Juvenile  **FBI No.** [REDACTED]

**Address:** [REDACTED] Lyons, OR 97358

**Employment:**

**Birth Date:** [REDACTED] 1997  **SSN:** [REDACTED] 7578  **Sex:** Male  **Race:** White  **Nationality:**

**Place of Birth:**  **Height:** 5'7"  **Weight:** 160  **Hair:** Blond  **Eyes:** Blue  **Scars/Tattoos:**

☐ **Interpreter**  **Language/Dialect:**  **Auto Description:**

## Location/Status:

**Arrest Date:** Mar 19, 2025  ☒ Already in Federal Custody as of: Mar 20, 2025  in: ADC

☐ Already in State Custody  ☐ On Pretrial Release  ☐ Not in Custody  
☐ Arrest Warrant Requested  ☐ Fugitive  ☐ Summons Requested  
☐ Arrest Warrant Pending  ☐ Detention Sought  ☐ Bond

## Defense Counsel Information:

Name:  ☐ Court Appointed  Counsel Conflicts:  
Address:  ☐ Retained  
Phone:  ☐ Public Defender  ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Cameron Etchart  **Phone:** 703-299-3965  **Bar No.** D.C. Bar # 1616602

**Complainant Agency - Address & Phone No. or Person & Title:**

Corporal Jose Palacios, CIA Police

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 922(g)(1) | Felon in Posession | 1 | Felony |
| Set 2: | | | | |

**Date:** 3/20/25  **AUSA Signature:** Cameron Etchart /s/  *may be continued on reverse*